IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHY H. McCLEASE | : | |
| | : | |
| vs. | : | CIVIL ACTION |
| | : | NO.  11cv373 |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SSA | : | |

O R D E R

**AND NOW,** this 26th day of September, 2013, upon consideration of the plaintiff's Request for Review and the defendant's response thereto, and after careful review of the Report and Recommendation of the United States Magistrate Judge, plaintiff's objections thereto and defendant's response, **IT IS HEREBY ORDERED** that:

1. The objections are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The plaintiff's Request for Review is **DENIED**.

4. Judgment is entered affirming the judgment of the Commissioner.


s/ William H. Yohn Jr.
William H. Yohn Jr., Judge